1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiff
6  JENNIFER HARRIS

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

   JENNIFER HARRIS, an individual, ) Case No.
12                                   )
              Plaintiff,            ) **VERIFIED COMPLAINT FOR DAMAGES**
13                                   )
   v.                               ) **JURY TRIAL DEMANDED**
14                                   )
                                     )
15 JACOB, SHERKMAN & ASSOCIATES,    )
   LLC, a Florida Limited           )
16 Liability Company and DOES 1     )
   through 20,                      )
17                                   )
              Defendants.           )
18                                   )
                                     )
19 _____)

                        **INTRODUCTION**
20

21    1.    The United States Congress has found abundant evidence

22 of the use of abusive, deceptive, and unfair debt collection

23 practices by many debt collectors, and has determined that

24 abusive debt collection practices contribute to the number of

25 personal bankruptcies, to marital instability, to the loss of

   jobs, and to invasions of individual privacy.  Congress wrote

FILED

2013 AUG -6  P 3: 02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

*MEJ*

**CV 13 3647**

1  the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq

2  (hereinafter "FDCPA"), to eliminate abusive debt collection

3  practices by debt collectors, to insure that those debt

4  collectors who refrain from using abusive debt collection

5  practices are not competitively disadvantaged, and to promote

6  consistent State action to protect consumers against debt

7  collection abuses.[1]

8

9  2.   The California legislature has determined that the

10  banking and credit system and grantors of credit to consumers

11  are dependent upon the collection of just and owing debts and

12  that unfair or deceptive collection practices undermine the

13  public confidence that is essential to the continued functioning

14  of the banking and credit system and sound extensions of credit

15  to consumers.  The Legislature has further determined that there

16  is a need to ensure that debt collectors exercise this

17  responsibility with fairness, honesty and due regard for the

18  debtor's rights and that debt collectors must be prohibited from

19  engaging in unfair or deceptive acts or practices.[2]

20  3.   JENNIFER HARRIS (hereinafter "Plaintiff"), by

21  Plaintiff's attorneys, brings this action to challenge the

22  actions of JACOB, SHERKMAN & ASSOCIATES, LLC (hereinafter

23

24  [1] 15 U.S.C. 1692(a)-(e)

25  [2] Cal. Civ. Code 1788.1(a)-(b)

1  "Defendant JS&A"), with regard to attempts by Defendants, debt

2  collectors, to unlawfully and abusively collect a debt allegedly

3  owed by Plaintiff, and this conduct caused Plaintiff's damages.

4      4.    For the purposes of this Verified Complaint for

5  Damages, unless otherwise indicated, "Defendant" includes all

6  agents, employees, officers, members, directors, heirs,

7  successors, assigns, principals, trustees, sureties, subrogees,

8  representatives and insurers of Defendant(s) named in this

9  caption.

10

11                    **JURISDICTION AND VENUE**

12      5.    Jurisdiction of this Court arises pursuant to 28

13  U.S.C. § 1331 and 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1367 for

14  supplemental state law claims.

15      6.    This action arises out of Defendants' violations of

16  the following:  the Rosenthal Fair Debt Collection Practices

17  Act, California Civil Code §§ 1788-1788.32 (RFDCPA), the Fair

18  Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

19      7.    Because Defendants do business within the State of

20  California, personal jurisdiction is established.

21      8.    Venue is proper pursuant to 28 U.S.C. §1391.

22                         **PARTIES**

23      9.    Plaintiff is a natural person who resides in the

24  County of Contra Costa, State of California and is obligated or

25

---

VERIFIED COMPLAINT FOR DAMAGES                                    Page 3

1 allegedly obligated to pay a debt and is a "consumer" as that
2 term is defined by 15 U.S.C. § 1692a(3).

3     10.  Plaintiff is a natural person from whom a debt
4 collector sought to collect a consumer debt which was due and
5 owing or alleged to be due and owing from Plaintiff and is
6 "debtor" as that term is defined by California Civil Code §
7 1788.2(h).

8
9     11.  Plaintiff is informed and believes, and thereon
10 alleges, that Defendant JS&A is a company operating from the
11 City of Altamonte Springs, State of Florida.

12     12.  Plaintiff is informed and believes, and thereon
13 alleges, that Defendants are persons who use an instrumentality
14 of interstate commerce or the mails in any business the
15 principal purpose of which is the collection of any debts, or
16 who regularly collects or attempts to collect, directly or
17 indirectly, debts owed or due or asserted to be owed or due
18 another and are "debt collectors" as that term is defined in 15
19 U.S.C. § 1692a(6).

20     13.  Plaintiff is informed and believes, and thereon
21 alleges, that Defendants are not attorneys or counselors at law
22 and are persons who, in the ordinary course of business,
23 regularly, on behalf of themselves or others, engages in debt
24 collection as that term is defined by California Civil Code §
25

1  1788.2(b), and are "debt collectors" as that term is defined by

2  California Civil Code § 1788.2(c).

3  14.  This case involves money, property or their

4  equivalent, due or owing or alleged to be due or owing from a

5  natural person by reason of a consumer credit transaction.  As

6  such, this action arises out of a "consumer debt" and "consumer

7  credit" as those terms are defined by Cal. Civ. Code §

8  1788.2(f).

9

10  **FACTUAL ALLEGATIONS**

11  15.  At all times relevant, Plaintiff is an individual

12  residing within the State of California.

13  16.  Plaintiffs are informed and believe, and thereon

14  allege, that at all times relevant Defendants conducted business

15  in the State of California.

16  17.  Defendant JS&A had called Plaintiff's work, her

17  parents' home, and the cell phone of Plaintiff's mother and told

18  Plaintiff's mother that it was trying to contact Plaintiff about

19  a pending case in Solano County.

20  18.  Defendants' representative, agent, or employee called

21  Plaintiff posing as an investigator falsely representing that

22  she was investigating a criminal matter pending against

23  Plaintiff in Solano County, California.  She represented to

24  Plaintiff that her name was Investigator Smith, that she was a

25  client liason representing BMG, and was calling to get a

1   statement from Plaintiff to put on file.  She told Plaintiff she

2   was investigating check fraud with BMG and had reviewed

3   Plaintiff's criminal record.

4       19.  She further represented there was a pending case with

5   Solano County and would talk to her client to see if payment is

6   even an option.  She told Plaintiff the original amount was

7   approximately $800.00, but the pretrial amount was now

8   $1,300.37, and settlement would be up to the prosecutor, but

9   would not give Plaintiff the prosecutor's name.

10      20.  These financial obligations were primarily for

11  personal, family, or household purposes and are therefore

12  "debt(s)" as that term is defined by 15 U.S.C. §1692a(5).

13

14

15                  **CAUSES OF ACTION CLAIMED BY PLAINTIFF**

16                              **COUNT I**

17      **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

18                      **15 U.S.C. § 1692 et seq.**

19      21.  Plaintiff incorporates by reference all of the above

20  paragraphs of this Complaint as though fully stated herein.

21      22.  The foregoing acts and omissions of Defendants

22  constitute numerous and multiple violations of the FDCPA,

23  including but not limited to §§ 1692b(2)(5), 1692c(b), 1692d,

24  1692e, 1692e(2), 1692e(5), 1692e(7), 1692e(10), and 1692f of the

25  FDCPA, 15 U.S.C. § 1692 et seq.

1    23.   As a result of each and every Defendants' violations

2  of the FDCPA, Plaintiff is entitled to any actual damages

3  pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an

4  amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(1);

5  statutory damages in an amount up to $1,000.00 pursuant to 15

6  U.S.C. §1692k(a)(2)(A); and, reasonable attorney's fees and

7  costs pursuant to 15 U.S.C. §1692k(a)(3) from Defendants.

8
                          **COUNT II**
9

10  **VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

11              **§§ 1788-1788.32 (RFDCPA)**

12    24.   Plaintiff incorporates by reference all of the above

13  paragraphs of this Complaint as though fully stated herein.

14    25.   The foregoing acts and omissions of Defendants

15  constitute numerous and multiple violations of the RFDCPA.

16    26.   As a result of Defendants' violations of the RFDCPA,

17  Plaintiff is entitled to any actual damages pursuant to

18  California Civil Code § 1788.30(a); statutory damages for a

19  knowing or willful violation in the amount up to $1,000.00

20  pursuant to California Civil Code § 1788.30(b); and reasonable

21  attorney's fees and costs pursuant to California Civil Code §

22  1788.30(c) from Defendants.

23
                      **PRAYER FOR RELIEF**
24

25      WHEREFORE, Plaintiff prays that judgment be entered against

Defendants for:

VERIFIED COMPLAINT FOR DAMAGES                              Page 7

1

**FAIR DEBT COLLECTION PRACTICES ACT**

2

• an award of actual damages pursuant to 15 U.S.C.

3

§1692k(a)(1) in an amount to be adduced at trial, from

4

Defendants;

5

• an award of statutory damages of $1,000.00, pursuant

6

to 15 U.S.C. § 1692k(a)(2)(A), from Defendants;

7

8

• an award of costs of litigation and reasonable

9

attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3)

10

from Defendants.

11

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

12

• an award of actual damages pursuant to California

13

Civil Code § 1788.30(a) in an amount to be adduced at

14

trial, from Defendants;

15

• an award of statutory damages of $1,000.00, pursuant

16

to California Civil Code § 1788.30(b), from

17

Defendants;

18

19

• an award of costs of litigation and reasonable

20

attorney's fees, pursuant to California Civil Code §

21

1788.30(c), from Defendants.

22  ///

23  ///

24  ///

25  ///

1          **TRIAL BY JURY**

2          Pursuant to the seventh amendment to the Constitution of

3     the United States of America, Plaintiff is entitled to, and

4     demands, a trial by jury.

5     DATED:   June 28, 2013          Respectfully submitted,

6                                     DELTA LAW GROUP

7

8                                     BY:
9                                          JIM G. PRICE
                                           Attorneys for Plaintiff
10                                          JENNIFER HARRIS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERIFIED COMPLAINT FOR DAMAGES                                    Page 9

**VERIFICATION**

I, JENNIFER HARRIS, declare:

I am the Plaintiff in this action. I have read the foregoing document entitled: **VERIFIED COMPLAINT FOR DAMAGES** and know the contents thereof. The same is true of my own knowledge, except as to those matters stated therein on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this _____ day of June, 2013, at Brentwood, California.

JENNIFER HARRIS