1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:   925-516-4058
5
   Attorneys for Plaintiff
6  JENNIFER HARRIS

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   JENNIFER HARRIS, an individual, ) Case No. CV-13-3647-MEJ
12                                  )
          Plaintiff,                ) **ORDER CONTINUING INITIAL CASE**
13                                  ) **MANAGEMENT CONFERENCE**
   v.                               )
14                                  )
   JACOB, SHERKMAN & ASSOCIATES,    )
15 LLC, a Florida Limited           )
   Liability Company and DOES 1     )
16 through 20,                      )
                                    )
17        Defendants.               )
                                    )
18                                  )
                                    )
19 _____)

20     Having considered Plaintiff JENNIFER HARRIS' Ex Parte

21 Application for a continuance of the Initial Case Management

22 Conference, and finding good cause therefore,

23 ///

24 ///

25 ///

1    IT IS HEREBY ORDERED that the Initial Case Management
2 Conference be continued to ___January 16, 2014_____, 2014.
  The parties' joint CMC Statement shall be due January 9, 2014.
3 DATED: 10/18/2013

4                                  _____
5                                  UNITED STATES DISTRICT JUDGE

6

7
                         ***END OF ORDER***
8

Page 2